IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SAM J. PEARSON, IV,
    Plaintiff,

vs.                                 Case No. 3:06cv1/MCR/MD

UNITED STATES DISTRICT COURT,
    Defendant.
_____

## REPORT AND RECOMMENDATION

    This cause is before the court upon plaintiff's "motion to show cause." (Doc. 6). This pleading was filed in response to the court's Order to Show Cause entered on February 23, 2006 directing plaintiff to show cause why this case should not be dismissed for his failed to prosecute or to comply with an order of the court due to failure to either pay the $250.00 filing fee or file a motion for leave to proceed *in forma pauperis*. (Doc. 5). In his "motion," plaintiff provides information regarding seemingly unrelated difficulties he is having with his utilities and the tax collector, states that he has no time, money, food, credit, home, business or life and concludes that he has no means to comply with court rules. The court thus construes this as a motion for voluntary dismissal of this action.

    Accordingly, it is respectfully RECOMMENDED:

    That plaintiff's "motion to show cause" (doc. 6) be construed as a motion for voluntary dismissal of this action and be granted, or in the alternative that this case be dismissed without prejudice for plaintiff's failure to comply with an order of the court and failure to prosecute this action.

    At Pensacola, Florida, this 21st day of March, 2006.

                                        /s/ *Miles Davis*
                                        **MILES DAVIS**
                                        **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.** A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).